# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **TERRANCE BAILEY** | : | **CIVIL ACTION NO. 08-1125** |
| **AKA TERRENCE BAILEY** | | |
| **LA. DOC. #482319** | | |
| **VS.** | : | **JUDGE MELANÇON** |
| **JAMES KIRKLAND** | : | **MAGISTRATE JUDGE METHVIN** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that plaintiff's claims herein be **DISMISSED WITH PREJUDICE** as frivolous and as failing to state a claim upon which relief may be granted under 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

THUS DONE AND SIGNED in Chambers at Lafayette, Louisiana, this 1st day of July, 2009.

TUCKER L. MELANÇON
UNITED STATES DISTRICT JUDGE